IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BAYLA BURNETT**                                                      **PLAINTIFF**

**v.**                                             **CAUSE NO. 1:24CV313-LG-BWR**

**ANDREA SANDERS; SANDRA LEE
JONES, CPS Investigator, Official
Capacity; STEPHANIE HAWKINS,
Official Capacity; BRITTANY
MEAKER, CPS Supervisor, Official
Capacity; TRENT FAVRE, Judge,
Official Capacity**                                       **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

Pursuant to the Court's Order of Dismissal for Lack of Subject Matter Jurisdiction, which is entered herewith, the Court hereby enters this Final Judgment in accordance Rule 58 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2024.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE